UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-22811-CIV-MORENO

SEAY TOWING, INCORPORATED, a Florida
Corporation,

    Plaintiff,

vs.

CITY OF NORTH MIAMI BEACH, a Florida
Municipality,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING MOTION FOR PRELIMINARY INJUNCTION

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Motion for Preliminary Injunction **(D.E. No. 3)**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 17)**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that neither party has filed any objections to the Report and Recommendation, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 17)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion for Preliminary Injunction is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record